**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christomo SANTANA–ROJAS, true
name Crisostomo Santana–Rojas,
Defendant–Appellant.**

No. 14–40531
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellee.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cristomo Santana–Rojas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Santana–Rojas has not filed a response.

The record reflects that Santana–Rojas wishes to appeal his sentence only. *See United States v. Garcia,* 483 F.3d 289, 291 (5th Cir.2007). Santana has completed the

confinement portion of his sentence, however, and he has been removed from the United States and may not return. Therefore, the appeal is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.